ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0203
E: smarinho@rrpassociates.com

DMITRY STADLIN, SBN 302361
Attorney at Law
111 N. Market St. Ste. 300
San Jose, CA 95113
T: (408) 645-7801
F: (408) 645-7802
E: ds@stadlinlaw.com

Attorneys for Plaintiffs

RICHARD DOYLE, City Attorney SBN 88625
MAREN J. CLOUSE, Deputy City Attorney SBN 228726
SAN JOSE CITY ATTORNEY'S OFFICE
200 E. Santa Clara St. Fl. 16
San Jose, CA  95113-1903
Telephone: (408) 535-1948
Facsimile:  (408) 998-3131
Email: CAO.Main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| JESSE BOSWORTH, et al.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>Defendants. | No. 18-CV-05459-NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT JUAN CEBALLOS PURSUANT TO F.R.C.P. 41** |

1

1     **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2 designated counsel that Defendant Juan Ceballos, be and hereby is dismissed with prejudice pursuant
3 to Federal Rules of Civil Procedure, Rule 41(a)(1). Each side shall bear their own attorney's fees
4 and costs.

5     I hereby attest that I have on file all holographic signatures corresponding to any signatures
6 indicated by a conformed signature /S/ within this e-filed document.

POWELL & ASSOCIATES

Dated: April 9, 2019     By:     /S/
    SARAH E. MARINHO

Attorney for Plaintiff
JESSE BOSWORTH

RICHARD DOYLE
City Attorney

Dated: April 9, 2019     By:     /S/
    MAREN CLOUSE
Deputy City Attorney

Attorneys for Defendants

2

**ORDER**

**IT IS SO ORDERED.**

Dated: April 12, 2019



_____
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

3

Stipulation and [Proposed] Order to Dismiss
Defendant Juan Ceballos Pursuant to F.R.C.P. 41

18-cv-05459 NC