UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE BOSWORTH,

            Plaintiff,

    v.

CITY OF SAN JOSE, and others,

            Defendants.

Case No. 18-cv-05459 NC

**ORDER RE: JUROR DISMISSALS FOR CAUSE, ROUND TWO**

      All parties having consented (*see* ECF 158, 159, 160), the Court excuses the following prospective jurors for cause (hardship): Nos. 2, 5, 25, 26, 29, 38, 41, and 44. These prospective jurors will be notified by the Court's jury administrator.

      **IT IS SO ORDERED.**

Dated:  August 19, 2021

                        NATHANAEL M. COUSINS
                        United States Magistrate Judge

United States District Court
Northern District of California