UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BOSWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, and others,<br><br>　　　　Defendants. | Case No. 18-cv-05459-NC<br><br>**ORDER AFTER PRETRIAL CASE MANAGEMENT CONFERENCE** |

The Court held a pretrial case management conference on October 27, 2021. This order summarizes the events discussed at the conference:

1. LOCATION: The trial will take place in Courtroom 1; not Courtroom 3 as the Court stated in its order after the pretrial conference, at ECF 136.

2. COURTROOM WALK-THROUGH: The parties will coordinate with my Courtroom Deputy, Lili Harrell, to schedule a tech rehearsal.

3. JURY TRIAL SCHEDULE: The trial will begin with opening statements after jury selection on **Tuesday, November 9, 2021**. The first witness will be called on **Wednesday, November 10, 2021**. The trial will run from 9:00 a.m. through 4:00 p.m. each weekday–with the exception of Thursday, November 11, 2021–with a morning break, lunch break, and afternoon break. Each side will have 10 hours to present their arguments for both phases of

1  this bifurcated trial.  *See* ECF 136 at 2.

2  4.  MASK POLICY:  The Court requires all individuals to wear masks inside the courtroom.  Witnesses and attorneys may wear clear masks for their testimony and opening and closing statements.

5.  JURY SELECTION:  Jury selection will take place on Tuesday, November 9, 2021, at 9:00 a.m. in Courtroom 1.  The Court has already conducted two rounds of juror excusals.  ECF 150; ECF 161.  The jurors for this case will be selected from the remaining 30 jurors.  The jurors will come to Courtroom 1 in groups of no more than 20 jurors.  The parties will each have 20 minutes for voir dire of each group.  Each side will have 3 preemptory challenges total for all approximately 30 jurors.  Eight jurors will be selected.

6.  JURY INSTRUCTIONS:  The Court will post proposed opening jury instructions on ECF by **November 2, 2021**.  The parties must review the proposed instructions and present any objections to the Court by **November 3, 2021**.

7.  WITNESSES GENERALLY:  Only one attorney per side will be permitted to question and object to the testimony of each witness.  Additionally, aside from during jury selection, witnesses are not permitted in the courtroom until they complete all of their testimony, including rebuttal testimony.

8.  REMOTE TESTIMONY:  The Court previously GRANTED the parties' stipulation for Officer Richard Harrison to testify remotely.  *See* ECF 137.  The Court also GRANTS Defendants' request for expert witness Bill Lewis to testify remotely.

9.  PLAINTIFF'S TESTIMONY:  The Court DENIES Defendants' request for Plaintiff to testify remotely from the Elmwood Correctional Facility.  *See* ECF 162 at 2.  For the reasons stated at the October 27 conference and in the Court's previous order, at ECF 144, Plaintiff's March 2019 deposition testimony is permitted in lieu of his live testimony.

2

10. VERDICT FORM: The Court will post a proposed verdict form on ECF by **November 9, 2021**. The parties must review the proposed form and present any objections to the Court by **November 10, 2021**.

**IT IS SO ORDERED.**

Dated: October 27, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge